UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                    19-cv-11292 (NRB)

| | |
|---|---|
| EVERGREEN LINE JOINT SERVICE AGREEMENT, FMC NO. 011982 CONSISTING OF EVERGREEN MARINE CORP. (TAIWAN) LTD., EVERGREEN MARINE (UK) LTD., ITALIA MARITTIMA SPA, EVERGREEN MARINE (HONG KONG) LTD., AND EVERGREEN MARINE (SINGAPORE) PTE LTD. d.b.a. EVERGREEN LINE, | DEFAULT JUDGMENT AGAINST DEFENDANT, NOVOMARINE CONTAINER LINE LLC |
| Plaintiffs, | [Final Judgment resolving all remaining claims] |
| - against – | |
| NOVOMARINE CONTAINER LINE LLC., | |
| Defendant. | |

This action having been commenced on December 10, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, NOVOMARINE CONTAINER LINE LLC, on February 7, 2020 by delivery to Janessa Wright of the Florida Secretary of State  and proof of service having been filed on February 18, 2020, and defendant, NOVOMARINE CONTAINER LINE LLC not having answered the Complaint, and the time for answering the Complaint having expired,

And the claims pleaded in the Complaint against the only two other defendants named in this action, ANCHOR FREIGHT SERVICES, INC. and DANIIL RUVINSKY, having been voluntarily dismissed on April 2, 2020, it is

ORDERED, ADJUDGED AND DECREED, that:

1.      Plaintiffs have judgment against defendant, NOVOMARINE CONTAINER LINE LLC, in the liquidated amount of $15,135.00 plus costs and disbursements of this action in the amount of $ 570_____, amounting in all to $ 15,705_____ ; and

2.      All remaining claims pleaded against defendant, NOVOMARINE CONTAINER LINE LLC, in the Complaint are dismissed without prejudice.

Dated:      New York, NY

_____ June 29 , 2020

U.S.D.J.

This document was entered on the

Docket on _____ June 29, 2020

2