```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
EVERGREEN LINE JOINT SERVICE
AGREEMENT, FMC NO. 011982
CONSISTING OF EVERGREEN MARINE
CORP. (TAIWAN) LTD., EVERGREEN              ORDER
MARINE (UK) LTD., ITALIA MARITTIMA
SPA, EVERGREEN MARINE (HONG                 19 Civ. 11292 (NRB)
KONG) LTD., and EVERGREEN MARINE
(SINGAPORE) PTE LTD. d.b.a.
EVERGREEN LINE,

                    Plaintiffs,

         - against -

NOVOMARINE CONTAINER LINE LLC.,

                    Defendant.
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, on June 29, 2020, the Court entered a default judgment against defendant Novomarine Container Line LLC (ECF No. 21); and

WHEREAS, on November 11, 2020, the Court received an email from Aleksey Demshin, an employee of defendant, regarding the default judgment(ECF No. 22); and

WHEREAS, on November 13, 2020, plaintiffs filed a submission in response to Mr. Demshin's email (ECF No. 23); and

WHEREAS, defendant is a business entity and business entity parties must be represented by counsel and may not proceed pro se,

see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

**ORDERED** that if defendant determines to pursue an effort to vacate the default judgment in this case, it must do so represented by counsel.

**SO ORDERED.**

Dated:   New York, New York
         November 13, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE